UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-CV-00011-GNS

**AMY DANIELS**                                                                                           **PLAINTIFF**

**VS.**

**NANCY A. BERRYHILL, Acting**
**Commissioner of Social Security**                                          **DEFENDANT**

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment is GRANTED for the Commissioner.

This is a final and appealable Order and there is no just cause for delay.

                                                                           **Greg N. Stivers, Judge**
                                                                           **United States District Court**
                                                                                March 6, 2017

Copies:         Counsel